UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lauren Libby and Curtis Libby,

Plaintiffs,

v.

American Home Products Corporation, Wyeth-Ayerst Laboratories, et al.,

Defendants.

Civil 00-1426 DDA/FLN

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: June 27, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

JUN 27 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Please use new case

number 00-1426 DDA/JMM